UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COLLEGE, a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>KINSALE INSURANCE COMPANY, a Virginia insurance company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 8:24-cv-00133 (JVS)(JDEx)<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE RESERVING JURISDICTION TO ENFORCE SETTLEMENT [25]** |

*ORDER TO DISMISS*

Having considered the stipulation of counsel for plaintiff Pacific College and defendant Kinsale Insurance Company (collectively the "Parties"), and GOOD CASE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT:

1. The Complaint is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(2), with each of the Parties to bear its own attorney's fees and costs, save and except for any breach of the Settlement Agreement;

2. The Court hereby reserves jurisdiction to enforce the Settlement Agreement pursuant to its inherent power as recognized in *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 378 (1994) and pursuant to California Code of Civil Procedure § 664.6 to the extent it applies to this action under the *Erie* Doctrine.

DATED: July 9, 2025

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1
*ORDER TO DISMISS*